# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Ryan Company ) ASBCA No. 58137
)
Under Contract No. DACW69-02-C-0001 )

APPEARANCES FOR THE APPELLANT: Lawrence M. Prosen, Esq.
Christian F. Henel, Esq.
  Kilpatrick Townsend & Stockton LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Willie J. Williams, Esq.
Bradley J. Stark, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Huntington

## ORDER OF DISMISSAL

Pursuant to the request of the parties in their joint "STIPULATION OF DISMISSAL," dated 21 October 2016, this case is hereby DISMISSED WITH PREJUDICE.

Dated: 2 November 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58137, Appeal of The Ryan Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals